IN THE UNITED STATES DISTRICT COURT
THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

FAR OUT MUSIC; BROOKLYN DUST MUSIC; )
UNIVERSAL-POLYGRAM INTERNATIONAL )
PUBLISHING, INC.; HAL DAVID D/B/A )
CASA DAVID; BURT F. BACHARACH D/B/A )
HIDDEN VALLEY MUSIC CO.; ANTISIA )
MUSIC, INC.; CHERRY LANE MUSIC )
PUBLISHING; JOBETE MUSIC CO., INC. )
AND CONTROVERSY MUSIC, )
)
      Plaintiffs )
)
v. )
)
1102 DOWNTOWN, INC. AND MICHAEL )
GUTHRIE, )
)
      Defendants. )

CIVIL ACTION NO.
1:06-CV-00168

## ORDER OF DISMISSAL WITH PREJUDICE

The Court being advised the case has been settled, it is ordered, adjudged, and decreed that the complaint filed in the above-captioned case, be and the same is hereby dismissed with prejudice to any subsequent action upon the claims stated, each party to bear its own costs.

This 4 day of September, 2007.

By: _____
Judge, United States District Court
Southern District of Georgia

707022-01